IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK OVERTON,

          Plaintiff,

SPECIAL VERDICT

10-cv-701-wmc

v.

HEALTH COMMUNICATIONS, INC.,
CHICKEN SOUP FOR THE SOUL PUBLISHING, LLC.,
AMERICAN GREETINGS CORP.,
CHICKEN SOUP FOR THE SOUL ENTERPRISES, INC.,
CHICKEN SOUP FOR THE SOUL, LLC.,
JOHN T. CANFIELD a/k/a/ JACK CANFIELD and
MARK VICTOR HANSEN,

          Defendants.

We, the jury, for our special verdict, do find as follows:

1. Was the infringement of plaintiff's copyright on his "Faith" poem by reprinting it in *A Cup of Chicken Soup for the Soul* done willfully by any defendant?

          Yes __X__          No _____

If you answered yes to question 1, proceed to question 2. If you answered no to question 1, skip to question 3.

2. Which of the defendants do you find was willfully infringing? (Mark next to all willfully infringing defendants.)

    Health Communications, Inc. _____

    Chicken Soup for the Soul Publishing, LLC. _____

    John (Jack) Canfield __X__

    Mark Victor Hansen __X__

Proceed to question 3.

3. Prior to November 27, 2007, did plaintiff Patrick Overton know, or should he have known by exercising reasonable diligence, about the infringement of the copyright on his "Faith" poem in *A Cup of Chicken Soup for the Soul*?

    Yes _____    No __X__

Proceed to question 4.

4. Did American Greetings Corporation commit an act of infringement with respect to the "Faith" poem in its greeting cards?

    Yes __X__    No _____

If you answered yes, proceed to question 5. If you answered no, please stop here.

5. Did the defendants listed below contribute to American Greetings Corporation's infringement of the "Faith" poem in its greeting cards?

    John (Jack) Canfield        Yes __X__    No _____

    Mark Victor Hansen          Yes __X__    No _____

If you answered yes as to any defendant in Question 5, proceed to question 6. If you answered no, skip to question 8.

6. Did American Greetings Corporation, Jack Canfield or Mark Hansen willfully infringe plaintiff's copyright with respect to printing the poem on the greeting cards?

    Yes __X__    No _____

If you answered yes to question 6, proceed to question 7. If you answered no to question 6, skip to question 8.

2

7. Which of the following do you find willfully infringed? (Mark next to all willful infringers.)

|  |  |
|---|---|
| American Greetings Corporation | _____ |
| John (Jack) Canfield | ___X___ |
| Mark Victor Hansen | ___X___ |

**Proceed to question 8.**

8. Prior to November 27, 2007, did plaintiff Patrick Overton know, or should he have known by exercising reasonable diligence, about the infringement of the "Faith" poem in the American Greetings Corporation's cards?

   Yes _____    No ___X___

_____[signature]_____
Presiding Juror

Madison, Wisconsin
Dated this __13__ day of March, 2012.

3