IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK OVERTON,

                Plaintiff,

v.

HEALTH COMMUNICATIONS, INC.,
CHICKEN SOUP FOR THE SOUL PUBLISHING, LLC.,
AMERICAN GREETINGS CORP.,
CHICKEN SOUP FOR THE SOUL ENTERPRISES, INC.,
CHICKEN SOUP FOR THE SOUL, LLC.,
JOHN T. CANFIELD a/k/a/ JACK CANFIELD and
MARK VICTOR HANSEN,

                Defendants.

SPECIAL VERDICT – DAMAGES

10-cv-701-wmc

We, the jury, for our special verdict, do find as follows:

**ACTUAL DAMAGES**

1. **A.** With respect to infringement of plaintiff's "Faith" poem in the book *A Cup of Chicken Soup for the Soul*, what total amount of money do you award plaintiff for his <u>monetary harm to plaintiff</u>?

                $ __16,500.00__

   **B.** Of the total sum of money above, what percentage of <u>monetary harm to plaintiff</u> is each individual defendant responsible for? (Total of percentages <u>must</u> equal 100.)

| | |
|---|---|
| Health Communications, Inc. | % __0__ |
| Chicken Soup for the Soul Publishing, LLC. | % __0__ |
| John (Jack) Canfield | % __50__ |
| Mark Victor Hansen | % __50__ |

2. With respect to each individual defendant's infringement of plaintiff's "Faith" poem in the book *A Cup of Chicken Soup for the Soul*, what amount of money do you award plaintiff for <u>each defendant's profits</u>? (Only award the profits not counted as part of question I. A.)

| | |
|---|---|
| Health Communications, Inc. | $ 0 |
| Chicken Soup for the Soul Publishing, LLC. | $ 0 |
| John (Jack) Canfield | $ 0 |
| Mark Victor Hansen | $ 0 |

3. A. With respect to infringement of plaintiff's "Faith" poem in the American Greetings cards, what total amount of money do you award plaintiff for his <u>monetary harm to plaintiff</u>?

$ 30,000.00

B. Of the total sum of money above, what percentage of <u>monetary harm to plaintiff</u> is each individual defendant responsible for? (Total of percentages <u>must</u> equal 100.)

| | |
|---|---|
| John (Jack) Canfield | % 50 |
| Mark Victor Hansen | % 50 |

4. With respect to infringement of plaintiff's "Faith" poem in the American Greetings cards, what total amount of money do you award plaintiff for <u>each defendant's profits arising from greeting card sales</u>? (Only award the profits not counted as part of question 3. A.)

| | |
|---|---|
| John (Jack) Canfield | $ 1,291 |
| Mark Victor Hansen | $ 1,291 |

**STATUTORY DAMAGES**

5. A. With respect to infringement of plaintiff's "Faith" poem in the book *A Cup of Chicken Soup for the Soul*, and the American Greetings cards, what total amount of statutory damages do you award plaintiff?

$ 60,000.00

B. Of the total sum of money above, what percentage of statutory damages is each individual defendant responsible for? (Total of percentages must equal 100.)

Health Communications, Inc.     % 33 ⅓

Chicken Soup for the Soul Publishing, LLC.     % 0

John (Jack) Canfield     % 33 ⅓

Mark Victor Hansen     % 33 ⅓

*[signature]*
Presiding Juror

Madison, Wisconsin
Dated this 14TH day of March, 2012.

3