IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PATRICK OVERTON,

    Plaintiff,

v.

HEALTH COMMUNICATIONS, INC.,
CHICKEN SOUP FOR THE SOUL PUBLISHING, LLC,
CHICKEN SOUP FOR THE SOUL ENTERPRISES, INC.,
CHICKEN SOUP FOR THE SOUL, LLC,
JOHN T. CANFIELD, also known as JACK CANFIELD, and
MARK VICTOR HANSEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-701-wmc

This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that:

(1) Chicken Soup for the Soul Enterprises, Inc. is dismissed as a defendant in this case;

(2) partial summary judgment is entered in favor of defendants Chicken Soup for the Soul Publishing, LLC, Chicken Soup for the Soul, LLC, Health Communications, Inc., John T. Canfield and Mark Victor Hansen against plaintiff Patrick Overton, dismissing plaintiff's second cause of action for violation of Wis. Stat. § 100.18; and

(3) final judgment is entered in favor of plaintiff Patrick Overton and, joint and severally, against defendants Chicken Soup for the Soul Publishing, LLC, Chicken Soup for the Soul, LLC, Health Communications, Inc., John T. Canfield and Mark Victor Hansen, consistent with the jury's awarding and plaintiff electing statutory damages, in the amount of $60,000.00.

Approved as to form this 20th day of March, 2012.

_____
William M. Conley, District Judge

_____     3/20/12
Peter Oppeneer, Clerk of Court           Date