IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PATRICK OVERTON,

    Plaintiff,

v.

HEALTH COMMUNICATIONS, INC.,
CHICKEN SOUP FOR THE SOUL PUBLISHING, LLC,
CHICKEN SOUP FOR THE SOUL ENTERPRISES, INC.,
CHICKEN SOUP FOR THE SOUL, LLC,
JOHN T. CANFIELD, also known as JACK CANFIELD, and
MARK VICTOR HANSEN,

    Defendants.

ORDER and AMENDED
JUDGMENT IN A CIVIL CASE

Case No. 10-cv-701-wmc

---

    This action came before the court and a jury with District Judge William M. Conley presiding. The issues have been tried and a decision has been rendered.

---

    IT IS ORDERED that defendants Chicken Soup for the Soul Publishing, LLC, Chicken Soup for the Soul, LLC, Health Communications, Inc., John T. Canfield a/k/a Jack Canfield and Mark Victor Hansen have moved to correct the court's final judgment entered March 20, 2012, to conform with what the parties agree was the jury's special verdict on damages. Plaintiff Patrick Overton has consented to that motion.

    In addition, the parties have stipulated to an award of attorneys' fees and costs in favor of plaintiff Patrick Overton in the total amount of $265,000 pursuant to 17 U. S. C. § 505. The court accepts this stipulation. Accordingly,

    IT IS ORDERED AND ADJUDGED that:

    (1) Chicken Soup for the Soul Enterprises, Inc. is dismissed as a defendant in this case;

    (2) partial summary judgment is entered in favor of defendants Chicken Soup for the Soul Publishing, LLC, Chicken Soup for the Soul, LLC, Health Communications, Inc., John T. Canfield and Mark Victor Hansen against plaintiff Patrick Overton, dismissing plaintiff's second cause of action for violation of Wis. Stat. § 100.18; and

    (3) judgment is entered in favor of plaintiff Patrick Overton in the amount of $325,000, of which statutory damages in the amount of $60,000 is awarded jointly and severally against defendants Health Communications, Inc., John T. Canfield and Mark Victor Hanson and $265,000 in attorneys' fees and

costs is awarded jointly and severally against defendants Chicken Soup for the Soul Publishing, LLC, Chicken Soup for the Soul, LLC, Health Communications, Inc., John T. Canfield and Mark Victor Hansen.

Approved as to form this 1st day of November, 2012.

/s/
William M. Conley, District Judge

*Peter Oppeneer*      11/7/12
Peter Oppeneer, Clerk of Court      Date